IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY DUTRIEVILLE, | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-477 |
| | ) | Judge Joy Flowers Conti/ |
| JOHN A. PALAKOVICH; THE DISTRICT ATTORNEY OF THE COUNTY OF ALLEGHENY; THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | ) ) ) ) ) | Magistrate Judge Amy Reynolds Hay |
| Respondents | ) | |

O R D E R

AND NOW, this 21st day of  March , 2006, after the petitioner, Terry Dutrieville, filed an action in the above-captioned case,  and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, upon consideration of the objections filed by petitioner, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the Petition for Writ of Habeas Corpus is denied as untimely;

IT IS FURTHER ORDERED that a certificate of appealability is denied;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

JOY FLOWERS CONTI
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Terry Dutrieville
DZ-4893
SCI Smithfield
1120 Pike Street
P.O. Box 999
Huntingdon, PA 16652

Ronald M. Wabby, Jr.
Assistant District Attorney
Office of the District Attorney
Appeals/Post Conviction
401 Allegheny County Courthouse
Pittsburgh, PA 15219